**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Van Myers,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Johanns, United States Department of Agriculture,<br><br>    Defendant. | No. CV 07-273–PHX-JAT<br><br>**ORDER** |

On June 20, 2007, this Court held a show cause hearing for Plaintiff to show cause why this case should not be dismissed due to Plaintiff's failure to serve the Defendant within the time limitations of Federal Rule of Civil Procedure 4(m). Plaintiff appeared at the hearing and received an extension of time to serve. The Court ordered Plaintiff to file a proper return of service by August 20, 2007.[1]

On August 20, 2007, the Clerk's office received, by mail, a summons and a copy of the complaint. Presumably, Plaintiff sent this so the US Marshal could serve the defendant. First, the Court finds that delivering documents to the Clerk's office on the deadline to have service completed is insufficient to comply with this Court's order of June 20, 2007, which required that proof of service be filed by August 20, 2007. Second, even if the Court gave Plaintiff the benefit of the doubt that all he had to do was give the documents to the Marshal

---

[1] This case was filed November 7, 2006.

1 by the deadline for completing service, Plaintiff failed to provide sufficient documents to
2 complete service. Specifically, Plaintiff is attempting to serve Michael Johanns of the United
3 States Department of Agriculture. However, Plaintiff only sent a summons for Mr. Johanns,
4 which is insufficient to accomplish service on a member of the Federal Government. *See*
5 Fed. R. Civ. Pro. 4(i). Therefore, even if the Court construed Plaintiff's return of these
6 documents as timely, which the Court does not, Plaintiff still did not accomplish service
7 within the deadline.

8 Plaintiff has already been given one extension of time to serve. Plaintiff has not
9 sought any further extensions. The Court made clear at the hearing that Plaintiff was
10 required to complete service by August 20, 2007. Plaintiff having failed to comply with a
11 Court order,

12 **IT IS ORDERED** that this case is dismissed, without prejudice, for failing to timely
13 serve under Federal Rule of Civil Procedure 4(m), for failing to properly serve under Federal
14 Rule of Civil Procedure 4(i) and for failing to comply with a Court order (*see* Federal Rule
15 of Civil Procedure 41(b)).

16 DATED this 6th day of September, 2007.

_____
James A. Teilborg
United States District Judge